**Order entered March 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01396-CR

**SERGIO VALENCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F06-00598-K**

## ORDER

We **GRANT** Official Court Reporter Janice E. Garrett's March 5, 2013 request for an extension of time to file the reporter's record. We **EXTEND** the time to file the reporter's record to **April 26, 2013**.

/s/     LANA MYERS
JUSTICE